| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MARTONE & UHLMANN<br>A PROFESSIONAL CORPORATION<br>777 Passaic Avenue, Suite 535<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC BANK, NATIONAL ASSOCIATION<br>    36.9123<br><br>In re:<br><br>George Micheal Sporing | Case No. 25-21808<br><br>Chapter 13<br><br>Hon. Judge Jerrold N. Poslusny, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC BANK, NATIONAL ASSOCIATION. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:    Martone & Uhlmann
       777 Passaic Avenue, Suite 535
       Clifton, NJ 07012


DOCUMENTS:
☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒   All documents and pleadings of any nature.

                              Martone and Uhlmann, P.C.

                              By: /s/Dennis P. Uhlmann, Jr.

Dated: 11/19/2025                  Dennis P. Uhlmann, Jr., Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MARTONE & UHLMANN<br>A PROFESSIONAL CORPORATION<br>777 Passaic Avenue, Suite 535<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC BANK, NATIONAL ASSOCIATION<br>   36.9123<br><br>In re:<br><br>George Micheal Sporing | Case No. 25-21808<br><br>Chapter 13<br><br>Hon. Judge Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Melissa Uhlmann am the Legal Assistant for Dennis P. Uhlmann, Jr., Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2. On November 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                    /s/Melissa Uhlmann
                                    Melissa Uhlmann

Dated: November 19, 2025

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Micheal Sporing<br>111 WILSON AVENUE<br>MT. EPHRAIM, NJ 08059 | Pro-Se Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Andrew B. Finberg, Esq.<br>Law Offices Of Andrew B. Finberg, Llc<br>Office Of The Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.